FILED

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0393

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0393

STATE OF MONTANA,

Plaintiff and Appellee,

v.

QUINTON RAND SEDERDAHL,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED Appellee is granted an extension of time to and including November 20, 2020, within which to prepare, serve, and file its response brief.

MPD

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2020